Walter Weston and Another, Plaintiffs, v. James R. Watts, Respondent. In the Matter of Alexander Thain, Receiver, Appellant.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

William B. Franklin and Another, Appellants, v. Joseph H. Hoadley and Another, Defendants, Impleaded with Joseph Leiter, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Gebelein, Respondent, v. The City of New York, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Kate S. Masterton, Respondent, v. Robert S. Masterton, Appellant.— Order modified as directed in order, and as modified affirmed, without costs. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Skeele Coal Company, Appellant, v. Charles T. Baker, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Ingraham, P. J., and Scott, J., dissenting.

In the Matter of the Application of John Vinton Dahlgren, Appellant, for the Judicial Settlement of the Accounts of Eric B. Dahlgren, as General Guardian of the Said John Vinton Dahlgren, Formerly a Minor, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George C. Van Tuyl, Jr., Superintendent of Banks of the State of New York, Respondent, v. Charles M. Schwab, Impleaded with Annie N. Alexander, as Executrix, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Abram Morris and Another, Plaintiffs, v. Ferdinand Cahn and Another, Appellants. Collin H. Woodward, as Receiver, Respondent. (2 cases.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. National Nassau Bank of New York, Appellant, v. William A. Prendergast, as Comptroller of the City of New York, Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present—Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.